TRANSOUT

# U.S. Bankruptcy Court
## Northern District of Indiana (Fort Wayne Division)
### Bankruptcy Petition #: 09-12242-reg
Internal Use Only

Date filed: 05/21/2009

Assigned to: Judge Robert E. Grant
Chapter 7
Voluntary
No asset

*Debtor*
**Angela M Alles**
1245 W. Old Trail Rd.
Columbia City, IN 46725
SSN / ITIN: 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

represented by **Jeffrey S. Arnold (TP)**
Jeffrey S. Arnold, Attorney at Law
209 W. Van Buren Street
Columbia City, IN 46725
260-248-2169
Fax : 260-248-2176
Email: tonyap@mchsi.com

*Trustee*
**Yvette Gaff Kleven**
Skekloff, Adelsperger & Kleven, LLP
927 South Harrison Street
Fort Wayne, In 46802
(260)407-7000

*U.S. Trustee*
**Nancy J. Gargula**
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601
574-236-8105

| Filing Date | # | Docket Text |
|---|---|---|
| 08/19/2009 | 16 | BNC Certificate of Mailing.(related document(s) 15 Order on Motion To Transfer Case (Intra-District)) Service Date 08/19/2009. (Admin.) (Entered: 08/20/2009) |
| 08/17/2009 | 15 | Order (Related Doc # 11 Motion To Transfer Case To Another District ) (ldp) (Entered: 08/17/2009) |

| | | |
|---|---|---|
| 08/13/2009 | 14 | Proposed Order Filed by Trustee Yvette Gaff Kleven (related document(s) 11 Motion to Transfer Case (Intra-District) filed by Yvette Gaff Kleven, 13 File) (Kleven(DL), Yvette) (Entered: 08/13/2009) |
| 08/11/2009 | 13 | Order to Submit Proposed Order (related document(s) 11 Motion to Transfer Case (Intra-District) filed by Trustee Yvette Gaff Kleven). (ldp) Modified on 8/11/2009 (ldp). (Entered: 08/11/2009) |
| 07/13/2009 | 12 | Certificate of Service of Notice of Motion Filed by Trustee Yvette Gaff Kleven (related document(s) 11 Motion to Transfer Case (Intra-District) filed by Yvette Gaff Kleven) Objections to Motion due by 8/3/2009. (Kleven(DL), Yvette) (Entered: 07/13/2009) |
| 07/07/2009 | 11 | Motion to Transfer Venue Filed by Trustee Yvette Gaff Kleven (Kleven(DL), Yvette) Modified on 7/8/2009 (ldp). (Entered: 07/07/2009) |
| 06/25/2009 |  | Section 341 Meeting of Creditors Not Held Filed by Trustee Yvette Gaff Kleven (Kleven(CG), Yvette) (Entered: 06/25/2009) |
| 06/04/2009 | 10 | Request Designating Mailing Address Pursuant to FRBP 2002(g) Filed by Creditor HSBC Bank Nevada, N.A.. (Bass & Associate, P.C.(PB)) (Entered: 06/04/2009) |
| 06/03/2009 | 9 | Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management Filed by Debtor Angela M Alles (Arnold (CC), Jeffrey) (Entered: 06/03/2009) |
| 05/28/2009 | 8 | Notice of Amendment *with Certificate of Service* Filed by Debtor Angela M Alles (related document(s) 7 Chapter 7 Means Test filed by Angela M Alles) (Arnold (CC), Jeffrey) (Entered: 05/28/2009) |
| 05/28/2009 | 7 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A . Filed by Debtor Angela M Alles (Arnold (CC), Jeffrey) (Entered: 05/28/2009) |
| 05/24/2009 | 6 | BNC Certificate of Mailing - Meeting of Creditors.(related document(s) 5 Generate 341 Notice) Service Date 05/24/2009. (Admin.) (Entered: 05/25/2009) |
| 05/22/2009 | 5 | 341 Notice Generated (laf) (Entered: 05/22/2009) |

| | | |
|---|---|---|
| 05/21/2009 | | Section 341 Meeting of Creditors to be held on 06/25/2009 at 11:30 AM at Room 1194, Federal Building (Fort Wayne). Objections to Discharge due by 08/24/2009. (Arnold (TP), Jeffrey) (Entered: 05/21/2009) |
| 05/21/2009 | | Receipt of Chapter 7 Voluntary Petition, All Schedules & Statements (fee) - Case Upload(09-12242) [caseupld,1027u] ( 299.00) filing fee. Receipt Number 7293006, amount $ 299.00. (U.S. Treasury) (Entered: 05/21/2009) |
| 05/21/2009 | 4 | Signature Page Filed by Debtor Angela M Alles (related document(s) 1 Chapter 7 Voluntary Petition, All Schedules & Statements (fee) - Case Upload filed by Angela M Alles) (Arnold (TP), Jeffrey) (Entered: 05/21/2009) |
| 05/21/2009 | 3 | Statement of Social Security Number(s) Filed by Debtor Angela M Alles (Arnold (TP), Jeffrey) (Entered: 05/21/2009) |
| 05/21/2009 | 2 | Certificate of Credit Counseling Filed by Debtor Angela M Alles (Arnold (TP), Jeffrey) (Entered: 05/21/2009) |
| 05/21/2009 | 1 | Chapter 7 Voluntary Petition, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Schedules A-J, Statement of Financial Affairs, Statement of Intention, Attorney Disclosure of Compensation, Verification of Matrix and Statement of Current Monthly Income and Means Test filed by Angela M Alles. (Arnold (TP), Jeffrey) (Entered: 05/21/2009) |