FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)          Case Number 09−12242−reg

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/21/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Angela M Alles
1245 W. Old Trail Rd.
Columbia City, IN 46725

| Case Number: 09−12242−reg | Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−8614 |
|---|---|
| Attorney for Debtor(s) (name and address): Jeffrey S. Arnold (TP) Jeffrey S. Arnold, Attorney at Law 209 W. Van Buren Street Columbia City, IN 46725 Telephone number: 260−248−2169 | Trustee assigned by U.S. Trustee (name and address): Yvette Gaff Kleven Skekloff, Adelsperger & Kleven, LLP 927 South Harrison Street Fort Wayne, In 46802 Telephone number: (260)407−7000 |

## Meeting of Creditors:

Date: **June 25, 2009**          Time: **11:30 AM**          Note:   **Professional Dress Required!**
**Photo ID Required!**
**Proof of SSN Required!**

Location:  **Room 1194, 1300 South Harrison Street, Fort Wayne, IN 46802**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/24/09**

**The debtor must file a certification of completion of an instructional course concerning personal financial management (Official Form 23) with the clerk within sixty days of the meeting of creditors. The failure to do so may result in the case being closed without issuing a discharge.**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**No two−sided filings permitted pursuant to N.D.Ind. L.B.R. B−5005−2(a)**
**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

## Creditors with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: 1300 S. Harrison St. Fort Wayne, IN 46802 Telephone number: 260−420−5100 | For the Court: Clerk of the Bankruptcy Court: Christopher M. DeToro |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 5/22/09 |

Debtors must submit to the Trustee's office, by E−mail, PDF attachments of the following documents no later than 7 days prior to Meeting of Creditors or meeting may be postponed (Please contact the trustee for e−mail address):
−Copies of all payment advices or other evidence of income received by the debtor within 60 days of filing.
−Copy of the most recent year filed state and federal tax return.
−Life insurance declaration showing cash value and beneficiary (if scheduled).
−Statements showing balance of bank accounts, brokerage account, etc. as of petition date (may provide at Meeting of Creditors).

# EXPLANATIONS
FORM B9A (12/07)

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## —— Refer to Other Side for Important Deadlines and Notices ——

# Notice Recipients

District/Off: 0755−1

Case: 09−12242−reg

User: lforslund

Form ID: b9a

Date Created: 5/22/2009

Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Angela M Alles | 1245 W. Old Trail Rd. | Columbia City, IN 46725 |
| tr | Yvette Gaff Kleven | Skekloff, Adelsperger &Kleven, LLP | 927 South Harrison Street | Fort Wayne, In 46802 |
| aty | Jeffrey S. Arnold (TP) | Jeffrey S. Arnold, Attorney at Law | 209 W. Van Buren Street | Columbia City, IN 46725 |
| 9997012 | Chase | Bank One Card Services | Westerville, OH 43081 |
| 9997013 | Citi Corp Credit Services | Attn: Centralized Bankruptcy | P.O. Box 20507 | Kansas City, MO 64195 |
| 9997014 | Hsbc Best Buy | Attn: Bankruptcy | P.O. Box 6985 | Bridge Water, NJ 08807 |
| 9998490 | Indiana Department of Revenue | Bankruptcy Section, N−240 | 100 North Senate Avenue | Indianapolis IN 46204 |
| 9997015 | Lane Bryant Retail/soa | 450 Winks Lane | Bensalem, PA 19020 |
| 9997016 | Nelnet Lns | Attention: Claims | Po Box 17460 | Denver, CO 80217 |
| 9997017 | Sears/cbsd | P.O. Box 6189 | Sioux Falls, SD 57117 |
| 9998489 | Whitley County Treasurer | 220 W. Van Buren, Ste 208 | Columbia City IN 46725 |

TOTAL: 11

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                          Case Number **09−12242−reg**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/21/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Angela M Alles
1245 W. Old Trail Rd.
Columbia City, IN 46725

| | |
|---|---|
| Case Number:<br>09−12242−reg | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−8614 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey S. Arnold (TP)<br>Jeffrey S. Arnold, Attorney at Law<br>209 W. Van Buren Street<br>Columbia City, IN 46725<br>Telephone number: 260−248−2169 | Trustee assigned by U.S. Trustee (name and address):<br>Yvette Gaff Kleven<br>Skekloff, Adelsperger & Kleven, LLP<br>927 South Harrison Street<br>Fort Wayne, In 46802<br>Telephone number:  (260)407−7000 |

## Meeting of Creditors:

Date: **June 25, 2009**          Time: **11:30 AM**          Note:   **Professional Dress Required!**
                                                                          **Photo ID Required!**
                                                                          **Proof of SSN Required!**

Location:  **Room 1194, 1300 South Harrison Street, Fort Wayne, IN 46802**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/24/09**

**The debtor must file a certification of completion of an instructional course concerning personal financial management (Official Form 23) with the clerk within sixty days of the meeting of creditors. The failure to do so may result in the case being closed without issuing a discharge.**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**No two−sided filings permitted pursuant to N.D.Ind. L.B.R. B−5005−2(a)**
**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

## Creditors with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1300 S. Harrison St.<br>Fort Wayne, IN 46802<br>Telephone number: 260−420−5100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Christopher M. DeToro |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 5/22/09 |

Debtors must submit to the Trustee's office, by E−mail, PDF attachments of the following documents no later than 7 days prior to Meeting of Creditors or meeting may be postponed (Please contact the trustee for e−mail address):
−Copies of all payment advices or other evidence of income received by the debtor within 60 days of filing.
−Copy of the most recent year filed state and federal tax return.
−Life insurance declaration showing cash value and beneficiary (if scheduled).
−Statements showing balance of bank accounts, brokerage account, etc. as of petition date (may provide at Meeting of Creditors).

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## — Refer to Other Side for Important Deadlines and Notices —

# CERTIFICATE OF NOTICE

District/off: 0755-1         User: lforslund         Page 1 of 1                    Date Rcvd: May 22, 2009
Case: 09-12242              Form ID: b9a            Total Served: 11

The following entities were served by first class mail on May 24, 2009.
db          +Angela M Alles,    1245 W. Old Trail Rd.,    Columbia City, IN 46725-9701
aty         +Jeffrey S. Arnold (TP),    Jeffrey S. Arnold, Attorney at Law,    209 W. Van Buren Street,
             Columbia City, IN 46725-2037
tr          +Yvette Gaff Kleven,    Skekloff, Adelsperger & Kleven, LLP,    927 South Harrison Street,
             Fort Wayne, In 46802-3603
9997013     +Citi Corp Credit Services,    Attn: Centralized Bankruptcy,    P.O. Box 20507,
             Kansas City, MO 64195-0507
9997015     +Lane Bryant Retail/soa,    450 Winks Lane,    Bensalem, PA 19020-5932
9997016     +Nelnet Lns,    Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
9997017     +Sears/cbsd,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
9998489     +Whitley County Treasurer,    220 W. Van Buren, Ste 208,    Columbia City IN 46725-2056

The following entities were served by electronic transmission on May 23, 2009.
9997012      EDI: CHASE.COM May 22 2009 23:53:00     Chase,    Bank One Card Services,    Westerville, OH 43081
9997014     +EDI: HFC.COM May 22 2009 23:53:00     Hsbc Best Buy,    Attn: Bankruptcy,    P.O. Box 6985,
             Bridge Water, NJ 08807-0985
9998490     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV May 23 2009 05:10:44
             Indiana Department of Revenue,    Bankruptcy Section, N-240,    100 North Senate Avenue,
             Indianapolis IN 46204-2273
                                                                                            TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2009                          Signature:  _Joseph Speetjens_

B22A (Official Form 22A) (Chapter 7) (12/08)

| | |
|---|---|
| In re    **Angela M Alles**<br>             Debtor(s)<br>Case Number:   **09-12242**<br>            (If known) | According to the information required to be entered on this statement<br>(check one box as directed in Part I, III, or VI of this statement):<br><br>☐ The presumption arises.<br>■ The presumption does not arise.<br>☐ The presumption is temporarily inapplicable. |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/08)

2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | |
|---|---|---|---|
| **2** | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| **3** | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $  2,095.28 | $ |
| **4** | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $  0.00 | $ |
| b. | Ordinary and necessary business expenses | $  0.00 | $ |
| c. | Business income | Subtract Line b from Line a | |

(continued in Line 4 column) $  0.00 | $

| **5** | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $  0.00 | $ |
| b. | Ordinary and necessary operating expenses | $  0.00 | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | |

(Line 5 column) $  0.00 | $

| | | | | |
|---|---|---|---|
| **6** | **Interest, dividends, and royalties.** | $  0.00 | $ |
| **7** | **Pension and retirement income.** | $  0.00 | $ |
| **8** | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $  0.00 | $ |
| **9** | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $  0.00   Spouse $ | $  0.00 | $ |
| **10** | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| | Total and enter on Line 10 | | |

(Line 10 column) $  0.00 | $

| **11** | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $  2,095.28 | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                 3

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 2,095.28 |
|---|---|---|---|

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | | $ | 25,143.36 |
|---|---|---|---|---|
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: **IN**  b. Enter debtor's household size: **1** | | $ | 41,697.00 |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed. <br><br> ■ The amount on Line 13 is less than or equal to the amount on Line 14. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ The amount on Line 13 is more than the amount on Line 14. Complete the remaining parts of this statement. | | | |

Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | $ | |
|---|---|---|---|---|
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____ $ ___ <br> b. _____ $ ___ <br> c. _____ $ ___ <br> d. _____ $ ___ <br> Total and enter on Line 17 | | $ | |
| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | | $ | |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | $ | |
|---|---|---|---|---|
| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | $ | |

| | Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | |

| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | | $ | |
|---|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)

4

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** | |
| | a. IRS Housing and Utilities Standards; mortgage/rental expense $ | |
| | b. Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 $ | |
| | c. Net mortgage/rental expense Subtract Line b from Line a. | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0   ☐ 1   ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ☐ 2 or more. Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
| | a. IRS Transportation Standards, Ownership Costs $ | |
| | b. Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 $ | |
| | c. Net ownership/lease expense for Vehicle 1 Subtract Line b from Line a. | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
| | a. IRS Transportation Standards, Ownership Costs $ | |
| | b. Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 $ | |
| | c. Net ownership/lease expense for Vehicle 2 Subtract Line b from Line a. | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                      5

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

**Subpart B: Additional Living Expense Deductions**

**Note: Do not include any expenses that you have listed in Lines 19-32**

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$_____ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. |  |  | $ | ☐yes ☐no | |
|  |  |  | Total: Add Lines | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. |  |  | $ | |
|  |  |  | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                          7

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII.  You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |  |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |  |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date: **May 27, 2009**          Signature: _Angela M Alles_ <br> **Angela M Alles** <br> *(Debtor)* |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

IN RE:                              )
ANGELA M ALLES,                     )          CASE NO. 09-12242
      Debtor.                 )

### NOTICE OF AMENDMENT

COMES NOW the Debtor, by counsel, and notifies all parties in interest of the amendment to the Statement of Current Monthly Income and Means-Test Calculation.

1.      The amendment is proposed to file an amended Statement of Current Monthly Income and Means-Test Calculation.

2.      Entities affected by this amendment include the Chapter 7 Trustee, and U.S. Trustee.

Dated: 5/28/09

_____
Jeffrey S. Arnold, #19743-02
209 W. Van Buren Street
Columbia City, Indiana 46725
260-248-2169
*Counsel for Debtor*

### CERTIFICATE OF SERVICE

COMES NOW the undersigned, and hereby certifies that a true and correct copy of the above and foregoing Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income was served upon the following:

Yvette Gaff Kleven
U.S. Trustee          USTPRegion10.SO.ECF@usdoj.gov

Said service was made by electronic filing.

Dated: 5/28/09

_____
Jeffrey S. Arnold

Certificate Number: 00927-INN-DE-007203380

Bankruptcy Case Number: 09-12242

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on May 29, 2009, at 12:30 o'clock PM EDT,

Angela M Alles completed a course on personal financial

management given by internet by

A 24/7 Bankruptcy Class, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Indiana.

Date: May 29, 2009

By    /s/Richard A Garcia

Name   Richard A Garcia

Title   President

IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter:  7 |
| Angela M. Alles | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 09-12242 |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:
HSBC BANK NEVADA, N.A.
BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and
served with all notices given or required to be given in the case as follows:

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing
name and address be added to the Master Mailing List.

Dated: 06/03/09
Account Number: ***************1919

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
HSBC BANK NEVADA, N.A.
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083
(520) 577-1544
ecf@bass-associates.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF                    )
                                    )
ANGELA ALLES                        )          BANKRUPTCY CASE # 09-12242
                                    )                    Chapter 7
        DEBTOR.                     )

## MOTION TO TRANSFER VENUE

_____COMES NOW the Trustee, Yvette Gaff Kleven, and moves to transfer this case to the Northern

District of Illinois, Eastern Division, and in support thereof, states the following:

1. This matter commenced by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy

Code on May 21, 2009.

2. Yvette Gaff Kleven was appointed Trustee.

3. At the First Meeting of Creditors, the Debtor testified that she moved to Indiana in May, 2009.

She testified that for more than two years prior to that date, she had resided in Chicago, Illinois.

4. Indiana is an inappropriate venue in which to file this bankruptcy proceeding.

WHEREFORE, the Trustee, Yvette Gaff Kleven, prays that this case be transferred to the Northern

District of Illinois, Eastern Division, and for all other just and proper relief in the premises.


Respectfully submitted,

SKEKLOFF, ADELSPERGER & KLEVEN, LLP

BY:     /S/Yvette Gaff Kleven, #8373-02
        Chapter 7 Trustee
        927 South Harrison Street
        Fort Wayne, Indiana   46802
        Telephone:   (260) 407-7000
        ygk@sak-law.com

## CERTIFICATE OF SERVICE

_____The undersigned hereby certifies that on July 7, 2009, a true and correct copy of the above and

foregoing was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, ustpregion10.so.ecf@usdoj.gov

Jeffrey S. Arnold, Attorney at Law, jsarnold@mchsi.com

and was sent via first class United States mail, postage prepaid, to:

Angela Alles, 1245 W. Old Trail Road, Columbia City, IN 46725

/S/Yvette Gaff Kleven, #8373-02
Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:   (260) 407-7000
ygk@sak-law.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF          )
                                )
ANGELA ALLES            )     BANKRUPTCY CASE # 09-12242
                                )              Chapter 7
      DEBTOR.         )
                                )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2009, a true and correct copy of the Notice of

Motion and Opportunity To Object with Motion to Transfer Venue attached was transmitted electronically

through the Bankruptcy Court's ECF System to:

United States Trustee, ustpregion10.so.ecf@usdoj.gov

Jeffrey S. Arnold, Attorney at Law, jsarnold@mchsi.com

And was sent via first class United States mail, postage prepaid, to all creditors and parties in interest

listed on the attached sheets.

/S/Yvette Gaff Kleven, #8373-02
Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:   260/407-7000
ygk@sak-law.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF                    )
                                    )
ANGELA ALLES                        )        BANKRUPTCY CASE # 09-12242
                                    )               Chapter 7
            DEBTOR.                 )

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On July 7, 2009, Yvette Gaff Kleven, Trustee, filed a Motion to Transfer Venue requesting that the Court transfer this case to the Northern District of Illinois, Eastern Division.  A copy of said Motion is attached hereto.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion, then on or before August 3, 2009, you or your attorney must:

1.  File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> 1300 S. Harrisson St. Rm 1188
> Fort Wayne, Indiana  46802

If you mail your response to the Court, you must mail it early enough so that it will be **received** by the date it is due.

2.  You must also mail a copy of your objection to:

> Yvette Gaff Kleven, Chapter 7 Trustee
> 927 South Harrison Street
> Fort Wayne, Indiana  46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the motion for hearing, which you or your attorney will be expected to attend.

DATE:   July 13, 2009

/S/Yvette Gaff Kleven, #8373-02
Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:   260/407-7000
ygk@sak-law.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ANGELA ALLES | ) | BANKRUPTCY CASE # 09-12242 |
| | ) | Chapter 7 |
| DEBTOR. | ) | |

## MOTION TO TRANSFER VENUE

_____COMES NOW the Trustee, Yvette Gaff Kleven, and moves to transfer this case to the Northern

District of Illinois, Eastern Division, and in support thereof, states the following:

1. This matter commenced by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy

Code on May 21, 2009.

2. Yvette Gaff Kleven was appointed Trustee.

3. At the First Meeting of Creditors, the Debtor testified that she moved to Indiana in May, 2009.

She testified that for more than two years prior to that date, she had resided in Chicago, Illinois.

4. Indiana is an inappropriate venue in which to file this bankruptcy proceeding.

WHEREFORE, the Trustee, Yvette Gaff Kleven, prays that this case be transferred to the Northern

District of Illinois, Eastern Division, and for all other just and proper relief in the premises.


Respectfully submitted,

SKEKLOFF, ADELSPERGER & KLEVEN, LLP

BY:   /S/Yvette Gaff Kleven, #8373-02
      Chapter 7 Trustee
      927 South Harrison Street
      Fort Wayne, Indiana  46802
      Telephone:   (260) 407-7000
      ygk@sak-law.com

## CERTIFICATE OF SERVICE

_____The undersigned hereby certifies that on July 7, 2009, a true and correct copy of the above and

foregoing was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, ustpregion10.so.ecf@usdoj.gov

Jeffrey S. Arnold, Attorney at Law, jsarnold@mchsi.com

and was sent via first class United States mail, postage prepaid, to:

Angela Alles, 1245 W. Old Trail Road, Columbia City, IN 46725

> /S/Yvette Gaff Kleven, #8373-02
> Chapter 7 Trustee
> 927 South Harrison Street
> Fort Wayne, Indiana  46802
> Telephone:   (260) 407-7000
> ygk@sak-law.com

Printed:  07/10/09 09:47 AM

# Creditor Mailing Matrix

Page:  1

### Case No.:  09-12242

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| Angela M Alles | 1245 W. Old Trail Rd. | Columbia City | IN | 46725-9701 |
| Chase | Bank One Card Services | Westerville | OH | 43081 |
| Citi Corp Credit Services | Attn: Centralized Bankruptcy<br>P.O. Box 20507 | Kansas City | MO | 64195-0507 |
| HSBC Bank Nevada NA / Best Buy Co., Inc. | Bass & Associates PC<br>3936 E. Ft. Lowell Rd., Ste. 200 | Tucson | AZ | 85712-1083 |
| HSBC Bank Nevada, N.A. | Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200 | Tucson | AZ | 85712-1083 |
| Indiana Department of Revenue | Bankruptcy Section, N-240<br>100 North Senate Avenue | Indianapolis | IN | 46204-2273 |
| Indiana Employment Security Division | 10 North Senate Street | Indianapolis | IN | 46204-2201 |
| Lane Bryant Retail/soa | 450 Winks Lane | Bensalem | PA | 19020-5932 |
| Nelnet Lns | Attention: Claims<br>Po Box 17460 | Denver | CO | 80217-0460 |
| Sears/cbsd | P.O. Box 6189 | Sioux Falls | SD | 57117-6189 |
| Whitley County Treasurer | 220 W. Van Buren, Ste 208 | Columbia City | IN | 46725-2056 |

**Total: 11**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          )
                                           )
ANGELA M ALLES                             )          CASE NO.    09-12242
                                           )          CHAPTER     7
                                           )
        Debtor(s)                          )

## ORDER TO SUBMIT PROPOSED ORDER

At Fort Wayne, Indiana, on August 11, 2009.

On July 7, 2009 Trustee, Yvette Gaff Kleven  filed a Motion to Transfer Venue

either without tendering a proposed form of order, N.D. Ind. L.B.R. B-9013-1(c), or tendering a

proposed form of order that does not comply with formatting requirements established by the

local rules of this court because it exceeds 8 ½" x 11" in size.  N.D. Ind. L.B.R. B-5005-2(a);

Amended Order Authorizing ECF, ¶ 18.   Trustee, Yvette Gaff Kleven is  hereby directed to

provide a form of order granting the motion that complies with the local rules of this court.

The court will take no further action with regard to the filing until such time as the form

of order is received.

SO ORDERED.


                                    /s/ Robert E. Grant
                                    Judge, United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF                    )
                                    )
ANGELA ALLES                        )        BANKRUPTCY CASE # 09-12242
                                    )                 Chapter 7
            DEBTOR.                 )

<u>ORDER</u>

AT FORT WAYNE, INDIANA ON _____.

Trustee, Yvette Gaff Kleven, having filed a Motion To Transfer Venue, and the same having been

noticed to all creditors and interested parties, and no Objections being filed thereto, the Court now finds

that said Motion should be, and hereby is, GRANTED.

IT IS ORDERED that this case will be transferred to the Northen District of Illinois, Eastern

Division.

SO ORDERED.


_____

JUDGE, UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ANGELA ALLES | ) | BANKRUPTCY CASE # 09-12242 |
| | ) | Chapter 7 |
| DEBTOR. | ) | |

<u>ORDER</u>

AT FORT WAYNE, INDIANA ON August 17, 2009.

Trustee, Yvette Gaff Kleven, having filed a Motion To Transfer Venue, and the same having been noticed to all creditors and interested parties, and no Objections being filed thereto, the Court now finds that said Motion should be, and hereby is, GRANTED.

IT IS ORDERED that this case will be transferred to the Northen District of Illinois, Eastern Division.

SO ORDERED.

_____ /s/ Robert E. Grant _____
JUDGE, UNITED STATES BANKRUPTCY COURT

## Notice Recipients

District/Off: 0755−1                User: ldp                        Date Created: 8/17/2009

Case: 09−12242−reg                 Form ID: pdf004                  Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Angela M Alles        1245 W. Old Trail Rd.        Columbia City, IN 46725
cr         HSBC Bank Nevada, N.A.        Bass &Associates, P.C.        3936 E. Ft. Lowell Road, Suite #200        Tucson, AZ
           85712
9997012    Chase        Bank One Card Services        Westerville, OH 43081
9997013    Citi Corp Credit Services        Attn: Centralized Bankruptcy        P.O. Box 20507        Kansas City, MO
           64195
9997014    HSBC Bank Nevada NA / Best Buy Co., Inc.        Bass &Associates PC        3936 E. Ft. Lowell Rd., Ste.
           200        Tucson AZ 85712
9998490    Indiana Department of Revenue        Bankruptcy Section, N−240        100 North Senate Avenue        Indianapolis
           IN 46204
9997015    Lane Bryant Retail/soa        450 Winks Lane        Bensalem, PA 19020
9997016    Nelnet Lns        Attention: Claims        Po Box 17460        Denver, CO 80217
9997017    Sears/cbsd        P.O. Box 6189        Sioux Falls, SD 57117
9998489    Whitley County Treasurer        220 W. Van Buren, Ste 208        Columbia City IN 46725

                                                                                        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF                )
                                     )
ANGELA ALLES                 )     BANKRUPTCY CASE # 09-12242
                                     )              Chapter 7
          DEBTOR.        )

ORDER

AT FORT WAYNE, INDIANA ON August 17, 2009.

Trustee, Yvette Gaff Kleven, having filed a Motion To Transfer Venue, and the same having been noticed to all creditors and interested parties, and no Objections being filed thereto, the Court now finds that said Motion should be, and hereby is, GRANTED.

IT IS ORDERED that this case will be transferred to the Northen District of Illinois, Eastern Division.

SO ORDERED.

_____ /s/ Robert E. Grant _____
JUDGE, UNITED STATES BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

District/off: 0755-1          User: ldp                Page 1 of 1                    Date Rcvd: Aug 17, 2009
Case: 09-12242               Form ID: pdf004          Total Noticed: 10

The following entities were noticed by first class mail on Aug 19, 2009.
db            +Angela M Alles,   1245 W. Old Trail Rd.,   Columbia City, IN 46725-9701
cr            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
9997012        Chase,   Bank One Card Services,   Westerville, OH 43081
9997013       +Citi Corp Credit Services,   Attn: Centralized Bankruptcy,   P.O. Box 20507,
               Kansas City, MO 64195-0507
9997014       +HSBC Bank Nevada NA / Best Buy Co., Inc.,   Bass & Associates PC,
               3936 E. Ft. Lowell Rd., Ste. 200,   Tucson AZ 85712-1083
9997015       +Lane Bryant Retail/soa,   450 Winks Lane,   Bensalem, PA 19020-5932
9997016       +Nelnet Lns,   Attention: Claims,   Po Box 17460,   Denver, CO 80217-0460
9997017       +Sears/cbsd,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
9998489       +Whitley County Treasurer,   220 W. Van Buren, Ste 208,   Columbia City IN 46725-2056

The following entities were noticed by electronic transmission on Aug 18, 2009.
9998490       +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 18 2009 10:00:54
               Indiana Department of Revenue,   Bankruptcy Section, N-240,   100 North Senate Avenue,
               Indianapolis IN 46204-2273
                                                                                       TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 19, 2009                    Signature: _Joseph Speetjens_