Certificate Number: <u>00927-INN-DE-007203380</u>

Bankruptcy Case Number: <u>09-12242</u>

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on <u>May 29, 2009</u>, at <u>12:30</u> o'clock <u>PM EDT</u>,

<u>Angela M Alles</u> completed a course on personal financial

management given <u>by internet</u> by

<u>A 24/7 Bankruptcy Class, Inc.</u>,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the <u>Northern District of Indiana</u>.

Date: <u>May 29, 2009</u>    By    <u>/s/Richard A Garcia</u>

                                    Name    <u>Richard A Garcia</u>

                                    Title    <u>President</u>